**UNITED STATES OF AMERICA**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 141S

REYES FOOD MARKET, INC.

V. C.A. No.

UNITED STATES OF AMERICA

**COMPLAINT**

1. The Plaintiff, Reyes Food Market, Inc., a Rhode Island corporation, is a participant in the Food Stamp Program of the U. S. Department of Agriculture, through the Food and Nutrition Service.

2. The Defendant, the United States, by and through the Department of Agriculture, Food and Nutrition Service, a conducted compliance investigation in connection with the Food Stamp Program Law and Regulations, during July 2004 to May 2005.

3. The Defendant, by and through its agents and employees allegedly visited the defendant's premises five (5) times and alleges that during three (3) of said visits the Plaintiff's establishment sold ineligible items to customers using their food stamp benefits.

4. The Plaintiff avers that the agency's findings are unsupported by reliable probative evidence and are otherwise the product of unlawful agency action.

5. The Plaintiff has demonstrated to the Field Office of the Food and Nutrition Service efforts to train employees and avoid compliance issues with the Food Stamp Law and Regulations.

6. The Defendant has disqualified the Plaintiff for a period of six (6) months from participation in the Food Stamp Program.

The imposition of disqualification was an onerous and outsized penalty as it relates to said agency's findings and works a great hardship on the Plaintiff's small business and his customers, contrary to law, the agency's own rules and regulations and is otherwise arbitrary and capricious.

7. The Field Office of the said agency imposed the six (6) month disqualification. The Chief of the Administrative Review Branch has sustained the disqualification.

8. Pursuant to 7 USC § 2023 and 7 C.F.R. 279.7 et seq. the Plaintiff is entitled to bring the instant action for judicial review of the said disqualification by Trial De Novo.

9. Pursuant to 7 C.F.R. 279.7 (d) Stay of Action: During the pending of any judicial review in this action, the administrative action under review shall remain in force unless the firm makes a timely application to the court after hearing thereon, the court stays the administrative action after a showing that irreparable harm will occur absent a stay and of the applicant's likelihood of prevailing on the merits, the court stays the administration action pending disposition of the trial.

WHEREFORE, Plaintiff demands judgment against the Defendant and that the disqualification imposed by the agency be declared invalid and that this court enter judgment for the Plaintiff vacating and reversing of said disqualification and such injunctive relief staying the action of the agency pending the resolution of the instant action and awarding Plaintiff reasonable attorney's fees and costs.

Reyes Food Market, Inc.
By its attorney,

George J. West, Esq., #3052
One Turks Head Place
Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 (fax)
Email: GEORGEW180@aol.com