**UNITED STATES OF AMERICA**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

REYES FOOD MARKET, INC.

V. C.A. No. 06-141S

UNITED STATES OF AMERICA

**AFFIDAVIT OF SERVICE**

I, GEORGE J. WEST, being duly sworn, under oath depose and say:

That I am the Attorney for the Plaintiff named in the above-entitled action.

That I did send or cause to be sent by certified mail, Article Number 7001 0320 0000 2981 1655, return receipt requested, postage prepaid, addressed to Food and Nutrition Service, Massachusetts & Rhode Isalnd Field Office, Attn: Miranda E. Miranda, USDA Chief Regional Officer, 10 Causeway Street, Room 501, Boston, MA 02222, a copy of the summons, together with a copy of Complaint in connection with the above-entitled action;

That I did receive the attached green card indicating delivery on March 30, 2006, thereby completing service.

The foregoing is true to the best of my knowledge, information and belief.

George West
Affiant

Sworn and subscribed to before me at Providence this 3rd day of April, 2006.

Hope M. Lagner
Notary Public
HOPE M. LAGNER

My commission expires: 11/24/2007

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

FOOD & NUTRITION SERVICE
MASSACHUSETTS & RHODE ISLAND
FIELD OFFICE
ATTN: MIRANDA E. MIRANDA
USDA CHIEF REGIONAL OFFICER
10 CAUSEWAY STREET, ROOM 501
BOSTON, MA 02222

4a. Article Number

7001 0320 0000 2981 1655

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery

THOS P. O'NEILL FED BLDG
MAR 30 2006
BOSTON MA 02222

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*

X

8. Addressee's Address *(Only if requested and fee is paid)*

Thank you for using Return Receipt Service.

PS Form **3811,** December 1994 102595-98-B-0229 Domestic Return Receipt