AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

REYES FOOD MARKET, INC.

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 141S

TO: (Name and address of Defendant)

Miranda E. Miranda, USDA Regional Officer in Charge
Food and Nutrition Service
Massachusetts and Rhode Island Field Office
10 Causeway Street, Room 501
Boston, MA 02222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903-2215

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3-27-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent by certified mail Article Number 7001 0320 0000 2981 1655, return receipt redquested per 7CFR297.7

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/3/06
Date

[signature]
Signature of Server

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.