AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

REYES FOOD MARKET, INC.

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 141S

TO: (Name and address of Defendant)

Miranda E. Miranda, USDA Regional Officer in Charge &
Food and Nutrition Service
Massachusetts and Rhode Island Field Office
10 Causeway Street, Room 501
Boston, MA 02222

The United States of America
The Honorable Robert C. Corrente
United States Attorney
Office of the United States Attorney
Fleet Center - Eigth Floor
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George J. West, Esq.
One Turks Head Place, Suite 312
Providence, RI 02903-2215

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3-27-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5-15-06 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Robin E Feder, US Attorney, for the United States of America

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| – | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/15/06 at 12:41pm
Date

[signature]
Signature of Server

16 Cornell Ave Rumford, RI 02916
Address of Server

X [signature] OBO US Atty only 5/15/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.