UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Reyes Food Market, Inc., Plaintiff, | ) | |
| v. | ) | CA No. 06-141S |
| United States of America, Defendant. | ) | |

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

Defendant is to file its motion for summary judgment by **October 9, 2006.** Plaintiff's objection and cross motion for summary judgment shall be filed by **October 23, 2006.** Defendant's reply shall be filed by **November 6, 2006.** Plaintiff's reply shall be filed by **November 20, 2006.**

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge
Date: 8/24/06