UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REYES FOOD MARKET, INC., :
Plaintiff, :
:
v. : C.A. No. 06-141S
:
UNITED STATES OF AMERICA, :
Defendant. :

**STIPULATION AND ORDER OF SETTLEMENT**

WHEREAS the plaintiff, Reyes Food Market, Inc. ("plaintiff"), commenced this action seeking to set aside a decision, dated September 26, 2005, of the United States Department of Agriculture ("USDA"), Food & Nutrition Service, an agency of the defendant, the United States of America, disqualifying plaintiff from the Food Stamp Program for a period of six months;

NOW, THEREFORE, IT IS STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned, that his action shall be dismissed subject to the following terms and conditions:

1. Plaintiff agrees to the dismissal of the above-referenced action with prejudice and without costs, expenses or attorney's fees.

Case 1:06-cv-00141-S-LDA Document 9 Filed 10/02/2006 Page 2 of 3

2. Plaintiff agrees to a two month period of disqualification from the Food Stamp Program to commence on January 1, 2007. The Plaintiff further agrees to pay to the defendant a fine of $2,500.00, by check made payable to the United States Department of Justice, within thirty days from the entry of this Stipulation and Order by the court. Said check shall be delivered to the United States Attorney's Office, District of Rhode Island, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903.

3. The defendant's agency, the USDA, Food and Nutrition Service, hereby modifies its decision, dated September 26, 2005, disqualifying plaintiff from the Food Stamp Program for a period of six months, and imposes the penalties as set forth in paragraph two above.

4. Defendant and plaintiff acknowledge, understand and agree that this Stipulation sets forth the entire agreement between the parties relating to the subject matter hereof.

5. This agreement shall be binding upon and inure to the benefit of the parties and their respective legal representatives, successors and assigns.

6. This Stipulation may be so ordered by the Court without any further notice to the parties.

7. A copy of this Stipulation and Order of Settlement shall be forwarded by the United States Attorney to the Rhode Island Department of Health - WIC Program following entry by the Court.

IN WITNESS WHEREOF, the parties hereto have consented to and executed this Stipulation.

REYES FOOD MARKET, INC.,
Plaintiff

By its attorney,

/s/ George J. West

GEORGE J. WEST, ESQ. #3052
One Turks Head Place
Suite 312
Providence, RI 02903-2215
401-861-9042
Georgew180@aol.com

UNITED STATES OF AMERICA,
Defendant

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti

MICHAEL P. IANNOTTI # 2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

SO ORDERED:

WESmith

WILLIAM E. SMITH
United States District Judge
10/10/06